UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Jill Rosinski

Case No. 17-40921-mar
Chapter 13
Judge Randon

DEBTOR,

_____/

## AFFIDAVIT

STATE OF MICHIGAN )
                     :ss.
COUNTY OF MACOMB)

I, Jill Rosinski, being first duly sworn, depose and say the following:

I did not earn enough income to necessitate filing Federal Tax returns. Therefore, I am not required to file Federal Tax Returns for the years 2014 and 2015.

X _____
Jill Rosinski

Subscribed to and sworn before
me this 9th day of November, 2016.

_____
Notary Public
County of Macomb
Commission Expires: 9-15-21
Acting in the County of Macomb