UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re: Jill Rachelle Rosinski

Case No. 17-40921-mar
Chapter 13
Honorable Randon

Debtor(s)
_____/

## AFFIDAVIT

STATE OF MICHIGAN )
                          :ss.
COUNTY OF MACOMB)

    I, Jill Rosinski, being first duly sworn, depose and say the following:

    I did not earn enough income to necessitate filing Federal Tax returns. Therefore, I am not required to file Federal Tax Returns for the year 2016.

X_____
Jill Rosinski

Subscribed to and sworn before
me this 10 day of March, 2017.

_____
Notary Public Nicholas Glaeser
County of Macomb
Acting in Macomb County
My Commission Expires: 2/20/22